UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL JENSEN, an individual, ) | CASE NO. 3:13-cv-00591-LRH-VPC |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| CC SERVICES, INC., an Illinois ) | |
| corporation, doing business as ) | |
| COUNTRY FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is the parties' Case Management Report (#15)[1].  Good cause appearing,

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr., for the purpose of conducting a settlement conference.

DATED this 23rd day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.